**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 12, 2012

Mr. Andy L. Allman
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075

Mr. Corbett Anderson
U.S. Equal Employment Opportunity Commission
Office of General Counsel
131 M Street, N.E.
5SW24K
Washington, DC 20507

Mr. David L. Christlieb
Littler Mendelson
321 N. Clark Street
Suite 1000
Chicago, IL 60654

Mr. Timothy K. Garrett
Bass, Berry & Sims
150 Third Avenue, S.
Suite 2800
Nashville, TN 37201

Mr. Keith Carlton Hult
Littler Mendelson
321 N. Clark Street
Suite 1000
Chicago, IL 60654

Ms. Helen Sfikas Rogers

Rogers, Kamm & Shea
2205 State Street
Nashville, TN 37203-0000

Ms. Faye A. Williams
Equal Employment Opportunity Commission
1407 Union Avenue
Suite 621
Memphis, TN 38104-0000

Mr. Adam C. Wit
Littler Mendelson
321 N. Clark Street
Suite 1000
Chicago, IL 60654

     Re: Case No. 11-5508, *EEOC v. Whirlpool Corporation*
       Originating Case No. : 3:06-CV-593

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

         Sincerely yours,

         s/Cheryl Borkowski
         Case Manager
         Direct Dial No. 513-564-7035

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 11-5508

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellee

CARLOTA FREEMAN

    Intervenor Plaintiff - Appellee

v.

WHIRLPOOL CORPORATION

    Defendant - Appellant

   Upon consideration of the joint motion of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

  It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                      **ENTERED BY ORDER OF THE COURT**

                      Leonard Green, Clerk

Issued: June 12, 2012